**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-00555-LTB-CBS

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION,
LOCAL NO. 7,

      Plaintiff,

v.

SAFEWAY, INC.,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 5 - filed June 22, 2010), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: June 23, 2010